## IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Jon Galante,                                   :
                          Petitioner    :
                                               :
              v.                               :
                                               :
Unemployment Compensation         :
Board of Review,                         :
                          Respondent :        No. 1962 C.D. 2015

## **O R D E R**

NOW, September 12, 2016, upon consideration of petitioner's application for reargument en banc and respondent's answer in response thereto, the application is denied.

MARY HANNAH LEAVITT,
President Judge